UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE COMMONWEALTH OF MASSACHUSETTS *ex rel.* STEPHEN M. ZAPPALA, M.D. OLIVIA LANNA, M.D., and ERIC WOJCIK,<br><br>Plaintiffs,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEMS, LLC., *et al.,*<br><br>Defendants. | CIVIL ACTION NO.: No. 18-dv-12125-ABD |

## NOTICE OF APPEARANCE

Mark W. Pearlstein, of McDermott Will & Emery LLP ("McDermott"), enters his appearance as counsel of record on behalf of the Defendants Steward Health Care System LLC, Steward St. Elizabeth's Medical Center of Boston, Inc., Steward Holy Family Hospital, Inc., Steward Good Samaritan Medical Center, Inc., Steward St. Anne's Hospital Corp., Steward Norwood Hospital, Inc., Steward Carney Hospital, Inc., Nashoba Valley Medical Center, A Steward Family Hospital, Inc., Morton Hospital, A Steward Family Hospital, Inc., Quincy Medical Center, A Steward Family Hospital, New England Sinai Hospital, A Steward Family Hospital, Inc., Steward Good Samaritan Radiation Oncology Center, Inc.,

Steward Sebastian River Medical Center, Inc., Steward Rockledge Hospital, Inc., Steward Melbourne Hospital, Inc., Steward Trumbull Medical Hospital, Inc., Steward Sharon Regional Health System, Inc., Steward Easton Hospital, Inc., Steward Medical Group, Inc., Steward HealthCare Network, Inc., Steward Integrated Care Network, Inc., Steward National Care Network, Inc., and Steward Medicaid Care Network, Inc. in this matter.

| | |
|---|---|
| Dated:  June 12, 2023. | Respectfully Submitted, |

*/s/ Mark W. Pearlstein*
 Mark W. Pearlstein (BBO# 542064)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58 Boston, MA 02116
Telephone: (617) 535-4425
E-Mail:  mpearlstein@mwe.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served, via the Court's ECF system, a true and correct copy of the Notice of Appearance upon all parties to this matter.

                                                 */s/ Mark W. Pearlstein*

DM_US 197288017-1.087956.0282