UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES and THE COMMONWEALTH OF MASSACHUSETTS, *ex rel.* ZAPPALA, LANNA, AND WOJCIK,<br><br>Plaintiffs,<br>vs.<br><br>STEWARD HEALTH CARE SYSTEMS, LLC.,<br><br>Defendants. | CASE NO. 18-CV-12125RGS |

**PLAINTIFF-RELATORS STEPHEN M. ZAPPALA, M.D.,
OLIVIA LANNA, M.D. AND ERIC WOJCIK'S
PETITION FOR ATTORNEYS' FEES, COSTS AND
EXPENSES PURSUANT TO 31 U.S.C. § 3730(d)
AND THE PARTIES' SETTLEMENT AGREEMENT**

Relators Stephen M. Zappala, M.D., Olivia Lanna, M.D. and Eric Wojcik petition this Honorable Court to award them their attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d) and the parties' Settlement Agreement, and aver as follows:

1. Relators filed a False Claims Act lawsuit under seal on October 11, 2018, pursuant to the False Claims Act, 31 U.S.C. § 3729-3733.

2. On or about April 12, 2022, the parties entered into a Settlement Agreement, negotiated by and between lawyers for the United States, the Commonwealth of Massachusetts, Defendants, and Relators. *See,* Exhibit A.

3. As part of that settlement, the United States and Massachusetts intervened in part of the Relators' action and declined to intervene in part of the action.

4. As part of the Settlement Agreement, Relators agreed to dismiss the declined counts

and allegations contained in the action and release Defendants from all claims they had or could have asserted in the action. *See,* Exhibit A, ¶ 7.

5. As part of the Settlement Agreement, Defendants paid the government $4,735,779.04 plus interest. *See,* Exhibit A, ¶ 1.

6. As part of the Settlement Agreement, the United States and Massachusetts paid a Relators' share to all three Relators. *See,* Exhibit A, ¶¶ 2 and 3.

7. As part of the Settlement Agreement, Relators claimed their right to reasonable attorneys' fees, costs, and expenses pursuant to 31 U.S.C. § 3730(d). *See,* Exhibit A, ¶ 4.

8. As part of this litigation, Relators have incurred reasonable attorneys' fees, costs and expenses. The False Claims Act, at 31 U.S.C. § 3730(d), and the Settlement Agreement between the parties permit Relators to receive reasonable fees, costs, and expenses.

9. As of July 19, 2023, Relators' attorneys at Cohen Milstein Sellers & Toll PLLC have incurred $894,530.94 in time and $1,343.75 in costs and expenses. As of July 19, 2023, Relators' attorneys at Arrowood LLP have incurred $398,032.50 in time and $493.59 in costs and expenses.  See, Relators' timesheets, attached hereto as Exhibit B; Declarations of Gary L. Azorsky (attached hereto as Exhibit B-1), Jeanne M. Markey (attached hereto as Exhibit B-2), Lisa G. Arrowood (attached hereto as Exhibit B-3) and Regina D. Poserina (attached hereto as Exhibit B-4).

10. Relators' attorneys' time incurred representing Relators during the action's pre-filing period, during the seal period, and during settlement and post settlement, was useful and of a type ordinarily necessary to secure the final results obtained from the litigation. Relators are entitled to be compensated for every item of service which, at the time rendered, would have

been undertaken by a reasonably prudent lawyer to advance or protect his client's interest. *See,* Declaration of Suzanne Durrell, attached hereto as Exhibit C.

11. Beginning in June 2022, the parties, by and through their attorneys, negotiated in good faith and on June 29, 2023, engaged in mediation in front of Magistrate Judge M. Page Kelley regarding Relators' reasonable attorneys' fees, costs and expenses. However, to date no resolution has been reached.

12. Relators anticipate that additional reasonable attorneys' fees, costs and expenses will be incurred after the filing of this Petition.

13. Relators therefore petition this Honorable Court for an award of all reasonable fees, costs and expenses incurred as part of this action, including those fees, costs and expenses related to the filing of this Petition and any subsequent litigation related thereto, as provided in the False Claims Act and the parties' Settlement Agreement.

WHEREFORE, Relators Zappala, Lanna and Wojcik respectfully request that this Honorable Court GRANT their Petition for Attorneys' Fees, Costs and Expenses and award Relators their reasonable attorneys' fees, costs and expenses in the amount of $895,874.69 for the services of Cohen Milstein Sellers & Toll PLLC, and $398,526.09 for the services of Arrowood LLP, and all of Relators' reasonable fees, costs and expenses related to their pursuit thereof.

                                                          RESPECTFULLY SUBMITTED,

                                                          *Regina D. Poserina*
                                                          Gary L. Azorsky
                                                          Regina D. Poserina
                                                          Cohen Milstein Sellers & Toll PLLC
                                                          100 N. 18th Street, Suite 1820

Philadelphia, PA 19103
(267) 479-5700
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com
rposerina@cohenmilstein.com


Lisa G. Arrowood
Sarah E. A. Sousa
Arrowood LLP
10 Post Office Square, 7th Floor
Boston, MA 02109
(617) 849-6200
larrowood@arrowoodllp.com
ssousa@arrowoodllp.com

## CERTIFICATE OF SERVICE

      I certify that I caused to be served, via the Court's Electronic Court Filing system, a true and correct copy of Relators' Petition for Attorneys' Fees, Costs and Expenses, all parties listed as receiving service.

Date:  August 25, 2023                                     /s/ Regina D. Poserina
                                                                 Regina D. Poserina

                                                                 *Attorney for Relators*