U.S. and the COMMONWEALTH OF MASSACHUSETTS

*ex rel.* ZAPPALA, LANNA AND WOJCIK

REPLY BRIEF IN SUPPORT OF PETITION FOR ATTORNEYS' FEES, COSTS AND EXPENSES

EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA and THE COMMONWEALTH OF MASSACHUSETTS, *ex rel.* STEPHEN M. ZAPPALA, M.D., OLIVIA LANNA, M.D. and ERIC WOJCIK,<br><br>                Plaintiffs,<br>vs.<br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br>                Defendants. | CASE NO.  18-cv-12125-RGS |

**FIRST SUPPLEMENTAL DECLARATION OF
REGINA D. POSERINA IN SUPPORT OF RELATORS'
PETITION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

I, Regina D. Poserina, do declare and state as follows:

1. I file this supplemental declaration in support of the Petition of Relators Zappala, Lanna and Wojcik for an Award of Attorneys' Fees, Costs and Expenses under the False Claims Act, 31 U.S.C. §3730(d)(1) and (2), and the parties' Settlement Agreement. This declaration is based on my own personal knowledge, and all opinions expressed herein are genuinely held, based on my knowledge and experience. If called as a witness, I would testify competently to the following matters.

2. The bulk of the work I performed in this case relates to the FCA statutory fees provision, found at 31 U.S.C. § 3730(d), and negotiations with Defendants as to Relators' right to statutory fees. I led Cohen Milstein's fees, costs, and expenses negotiations with Defendants, including preparing a confidential mediation memorandum and attending the mediation with Magistrate Judge M. Page Kelley. I prepared Relators' Petition for Attorneys' Fees, Costs and Expenses, including the Reply Brief, and related documents. I reviewed and edited Relators' timesheets for clarity and billing judgment, and redacted, removed, and

1

reduced time as necessary.

3. Attached to this Supplemental Declaration are true and correct timesheets for Cohen Milstein Sellers & Toll PLLC, and Arrowood, LLP evidencing work performed from July 17, 2023, to September 27, 2023, related to the Relators' Petition for Attorneys' Fees, Costs and Expenses, and the Reply Brief in support of the Petition.

4. Additional time records for work related to the Relators' Petition for Attorneys' Fees, Costs and Expenses and related documents reflecting time incurred after this date will be submitted at a later date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 27, 2023.

*Regina D. Poserina*
Regina D. Poserina

| Date | TKPR Name | Client | Client Nm | Mat Action Desc | ToBill H | Tobill Amt | Activity Desc | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/3/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.50 | 537.50 | | Review and revise declaration in support of motion for fees, costs and expenses |
| 8/10/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.20 | 215.00 | | Attend telephone conference with court re: fee application and recusal |
| 8/10/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.20 | 215.00 | | Telephone conference with S. Sousa re: strategy concerning recusal issue |
| 8/10/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.80 | 860.00 | | Communications with RDP, SS and LA re: fee application and recusal strategy |
| 8/10/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.40 | 430.00 | | Communications with S. Walters re: recusal issue and payment of costs and expenses. |
| 8/11/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.50 | 537.50 | | Communications with relators' counsel team re: recusal of judge and reassignment of case to J. Stearns |
| 8/14/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.30 | 322.50 | | Review Allergan fee order from C.D. Cal.; communication with RDP re: same |
| 8/14/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.20 | 215.00 | | Review notice of filing of pro hac motions; communications with S. Sousa and RDP re: same |
| 8/14/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.30 | 322.50 | | Communication with RDP re: expert fees |
| 8/23/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.30 | 322.50 | | Conference with RDP re: strategy, petition, declarations and brief |
| 8/24/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 2.90 | 3,117.50 | | Communications with RDP re: declaration; review and revise declaration |
| 8/24/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.70 | 752.50 | | Communications with RDP re: petition; review and edit petition for statutory fees |
| 8/24/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 3.50 | 3,762.50 | | Communications with RDP re: memorandum of law in support of petition for statutory fees; review and edit same |
| 8/24/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 0.80 | 860.00 | | Conference with JAM re: her declaration and strategy |
| 8/25/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 2.50 | 2,687.50 | | Conference with JAM re: her declaration; communications with RDP, L. Arrowood and S. Sousa re: memorandum of law |
| 8/25/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 1.50 | 1,612.50 | | Review and propose revisions to declaration |
| 8/25/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Fee Appl. & Proceeding | 2.50 | 2,687.50 | | Review revised petition, declarations and brief; communications with JAM and RDP re: same |
| 8/29/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Contact with Client | 0.40 | 430.00 | | Communications with O. Lanna, L. Arrowood and S. Sousa re: relator's share question |
| 8/29/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Contact with Client | 0.50 | 537.50 | | Telephone conference with O. Lanna re: payment issues |
| 8/29/2023 | Azorsky, Gary, L. | 31710 | Steward Qui | Contact with Counsel | 0.50 | 537.50 | | Communications with L. Arrowood and R. Dacres re: O. Lanna distribution |
| 7/20/2023 | Doehne, George | | 31710 Steward Qui | Pleadings & Briefs | 0.40 | 140.00 | | Production of affidavits for motions for Pro Hac Vice for R. Poserina |
| 8/24/2023 | Doehne, George | | 31710 Steward Qui | Pleadings & Briefs | 0.10 | 35.00 | | Creating redline of relators' petition document versions for G. Azorsky |
| 8/25/2023 | Doehne, George | | 31710 Steward Qui | Pleadings & Briefs | 3.30 | 1,155.00 | | Editing and formatting declarations for J. Markey and G. Azorsky; communication with J. Markey, G. Azorsky, and R. Sarola re: same |
| 8/25/2023 | Doehne, George | | 31710 Steward Qui | Pleadings & Briefs | 1.70 | 595.00 | | Editing/formatting TOA in petition memo for R. Poserina, Zoom with R. Poserina re: same |
| 8/9/2023 | Markey, Jeanne, | | 31710 Steward Qui | Contact with Counsel | 0.30 | 322.50 | | Confer with co-counsel re: morning hearing |
| 8/17/2023 | Markey, Jeanne, | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.50 | 537.50 | | Gather info for G.P. + fee dispute |
| 8/18/2023 | Markey, Jeanne, | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.30 | 322.50 | | Provide info. to G.P. for fee dispute |
| 8/24/2023 | Markey, Jeanne, | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.20 | 2,365.00 | | Revise/edit the affidavit |
| 8/25/2023 | Markey, Jeanne, | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.40 | 2,580.00 | | Revise and communicate with GA, GD + RS - JM affidavit supporting fees |
| 7/19/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.10 | 3,895.00 | Document Review | work on new fee list , PHV motion (1.9) |
| 7/20/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 6.40 | 6,080.00 | | emails re: PHV with Sarah S. (0.2); draft PHV and request for cert of good standing (2.0); attorney affidavits work |
| 7/25/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.00 | 1,900.00 | | continued work on multiple affidavits |
| 7/26/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 1.50 | 1,425.00 | | addl work on reviewing new time sheets; discuss PHV with George (0.2) |
| 8/1/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.10 | 95.00 | | Azorsky aff edits |
| 8/2/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 1.10 | 1,045.00 | | cont edits to Gary aff |
| 8/7/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.00 | 1,900.00 | | continued work to eliminate time from timesheets; reductions |
| 8/8/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.10 | 95.00 | Litigation Strategy | emails t/f George re: PHV and certif of good standing |
| 8/8/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 1.40 | 1,330.00 | Pleadings/Briefs/Pr | finalize outline for brief, add new caselaw |
| 8/9/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 5.60 | 5,320.00 | Pleadings/Briefs/Pr | review of mediation memo for info to include in brief (0.8); emails t/f Gary, Lisa re: issues on brief and petition (0.4); legal research re: cases on contracts for inclusuon (2.2); outlining and editing |
| 8/10/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 5.70 | 5,415.00 | Pleadings/Briefs/Pr | work on brief: emails to Sarah S re: Prep of PHV (0.5); hearing and post hearing call with counsel (0.4); work on PHV (1.3); multiple emails t/f Lisa, Gary, Sarah re: judge and court letter; continue contract caselaw search and organizing (2.5) |
| 8/11/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.40 | 2,280.00 | Pleadings/Briefs/Pr | emails on new assignment judge (0.3); continue research, outlines and writing legal sections. |
| 8/14/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 1.90 | 1,805.00 | | review new order in CD CA, continue edits to memo; re do TOC, pacer log in for entry of appearance |
| 8/15/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 3.40 | 3,230.00 | Document Review | writing and editing argument sections, inserts of new arguments |
| 8/16/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 6.20 | 5,890.00 | | cont writing and editing argument section (2.6), attorneys fees emails of TAFnet, review and add info to arguments section, work on declarations |
| 8/17/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 5.00 | 4,750.00 | Document Review | declarations, for Gary and Suzanne; |
| 8/18/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.50 | 4,275.00 | Pleadings/Briefs/Pr | work on TOC (0.7); review Ray's edits; additional info inserted in petition and rewrites in memo (2.4) |
| 8/20/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 1.40 | 1,330.00 | Pleadings/Briefs/Pr | review and edits from Ray's edits |
| 8/21/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 5.20 | 4,940.00 | Pleadings/Briefs/Pr | emails and calls with George re: word issues with brief (0.4); reviews to Azorsky dec, (0.5), Arrowood decl (0.4), call to Suzanne re: her dec (0.4); Durrell dec edits, Arrowood draft and edits (3.4) |
| 8/22/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 3.30 | 3,135.00 | Pleadings/Briefs/Pr | emails t/f Suzanne Durrell with additional documents (0.7); discuss briefing schedule with Gary A (0.2); Markey decl and Arrowood decl edits (1.6); discuss decl and edits with Suzanne D. |
| 8/23/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.20 | 3,990.00 | Pleadings/Briefs/Pr | Suzanne re: addl info for Petition memo (0.2); add to Azorsky decl and edits to time chart in brief (0.6); edits to Durrell decl and discussions with Suzanne (1.3); review time entries for final redactions, discuss same with Gary (2.1) |
| 8/24/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.40 | 4,180.00 | Pleadings/Briefs/Pr | additions and edits to brief, send to Gary (1.0); call with Suzanne re her dec (0.2); Durrell final, create covers and apply to each document (0.8), Gary's revisions to all documents |
| 8/25/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 6.50 | 6,175.00 | Pleadings/Briefs/Pr | emails t/f Gary and Jeanne, edits to Poserina decl, send to Gary and Jeanne for review (0.9); emails to all re: brief edits, call with Gary; and edits to time entries (0.7); new time sheets entered, edits to TOA, discuss edits to word docs with Georg |
| 9/11/2023 | Poserina, Regina | | 31710 Steward Qui | Contact with Counsel | 0.70 | 665.00 | Litigation Strategy | emails to and from Lisa, Gary and Sarah S re: local rules, responses, reply briefs, and docket entries |
| 9/13/2023 | Poserina, Regina | | 31710 Steward Qui | Other Discovery | 0.40 | 380.00 | | search for emails, for Gary and Lisa discussions; discuss same with Gary |
| 9/20/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.60 | 570.00 | Litigation Strategy | ECF filing of opposition brief received; call with Gary to discuss initial issues |
| 9/21/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 6.00 | 5,700.00 | Pleadings/Briefs/Pr | receive and review opp brief, and compare with our brief. (1.5); begin creation of outline to for reply brief, continue edits to outline, adding in addl info as needed; legal research (1.0) |
| 9/22/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 0.40 | 380.00 | | caselaw searches and reviews; email t/f Lisa A re: my earlier email (0.1) |
| 9/25/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.60 | 4,370.00 | Pleadings/Briefs/Pr | begin draft of brief (3.3); caselaw research on block billing, travel time and other issues cited by Defendants (1.3) |
| 9/26/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 4.20 | 3,990.00 | Pleadings/Briefs/Pr | Work on reply brief: finalize edits for submission to Gary and Ray (2.1); discuss strategy with Gary and send briefs (0.3); review edits by Gary and Ray, and add additional info (0.4); emails re: edits t/f Gary discussion of edits and need for addl i |
| 9/27/2023 | Poserina, Regina | | 31710 Steward Qui | Fee Appl. & Proceeding | 2.70 | 2,565.00 | Document Review | review exhibits for accuracy; edits to declaration (1.7); review exhibits and final brief edits with Gary, (0.3); review timesheets to ensure accuracy and attach to Ex. E |
| 8/18/2023 | Sarola, Raymond | | 31710 Steward Qui | Pleadings & Briefs | 4.00 | 3,360.00 | | Review of R. Poserina memorandum in support of fee petition and supporting declarations; revisions to memorandum and corr. w/ team re: approach to same. |
| 8/20/2023 | Sarola, Raymond | | 31710 Steward Qui | Contact with Counsel | 0.10 | 84.00 | | Corr. w/ G. Azorsky, R. Poserina re: revisions to fee petition memorandum. |
| 8/25/2023 | Sarola, Raymond | | 31710 Steward Qui | Pleadings & Briefs | 1.00 | 840.00 | | Review and revisions to Markey Declaration and corr. w/ team re: finalizing same. |
| 9/26/2023 | Sarola, Raymond | | 31710 Steward Qui | Pleadings & Briefs | 1.70 | 1,428.00 | | Review of draft reply brief on fee petition; revisions to same; corr. w/ G. Azorsky and w/ R. Poserina and further changes to draft. |
| | | | | | 135.50 | 127,827.00 | | |

| 9/26/2023 | Arrowood LLP | |
|---|---|---|
| 5:12 PM | Slip Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Slip.Transaction Date | 7/19/2023 - Latest |
| Clie.Selection | Include: Zappala/qui tam |
| Slip.Transaction Type | Time |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 159166　TIME<br>7/19/2023<br>WIP<br>Email to R. Poserina regarding pro hac vice motions | SSOUSA<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $375.00<br>T | $37.50 |
| 159674　TIME<br>8/9/2023<br>WIP<br>Numerous emails regarding filing for fees. | LARROWOOD<br>General<br>Zappala/qui tam | 0.30<br>0.00 | $750.00<br>T | $225.00 |
| 159679　TIME<br>8/10/2023<br>WIP<br>Numerous emails regarding Burroughs recusal and regarding fee petition. | LARROWOOD<br>General<br>Zappala/qui tam | 0.50<br>0.00 | $750.00<br>T | $375.00 |
| 160349　TIME<br>8/10/2023<br>WIP<br>Attended Status Conference (telephonic); email to L. Arrowood regarding Conference; Revised attorneys' fees chart; emails to R. Poserina regarding costs. | SSOUSA<br>General<br>Zappala/qui tam | 0.70<br>0.00 | $375.00<br>T | $262.50 |
| 159962　TIME<br>8/11/2023<br>WIP<br>Emails regarding Judge Stearns as new judge. | LARROWOOD<br>General<br>Zappala/qui tam | 0.20<br>0.00 | $750.00<br>T | $150.00 |
| 160358　TIME<br>8/11/2023<br>WIP<br>Emails to R. Poserina regarding recusal, updated rates, pro hac vice motions; reviewed and revised pro hac vice motions | SSOUSA<br>General<br>Zappala/qui tam | 0.30<br>0.00 | $375.00<br>T | $112.50 |

| 9/26/2023 | Arrowood LLP | |
|---|---|---|
| 5:12 PM | Slip Listing | Page    2 |

| Slip ID<br>Dates and Time<br>Posting  Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 160511               TIME<br>8/14/2023<br>WIP<br>Revised Pro Hac Vice motions; Email to G. Azorsky, J. Markey regarding Judge Stearns. | SSOUSA<br>General<br>Zappala/qui tam | 0.40<br>0.00 | $375.00<br>T | $150.00 |
| 160523               TIME<br>8/16/2023<br>WIP<br>Email to R. Poserina regarding breakdown of hourly work. | SSOUSA<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $375.00<br>T | $37.50 |
| 159957               TIME<br>8/21/2023<br>WIP<br>Revise declaration in support of fee request. | LARROWOOD<br>General<br>Zappala/qui tam | 0.50<br>0.00 | $750.00<br>T | $375.00 |
| 160535               TIME<br>8/21/2023<br>WIP<br>Emails to R. Posterina responding to questions regarding entries on fees; email to L. Arrowood regarding attorneys' fees; reviewed revisions to attorneys' fees entries; revised L. Arrowood declaration in support of attorneys' fees. | SSOUSA<br>General<br>Zappala/qui tam | 1.30<br>0.00 | $375.00<br>T | $487.50 |
| 160548               TIME<br>8/22/2023<br>WIP<br>Emails to L. Arrowood and R. Poserina regarding declaration of L. Arrowood. | SSOUSA<br>General<br>Zappala/qui tam | 0.20<br>0.00 | $375.00<br>T | $75.00 |
| 159945               TIME<br>8/23/2023<br>WIP<br>Emails regarding revised affidavit. | LARROWOOD<br>General<br>Zappala/qui tam | 0.20<br>0.00 | $750.00<br>T | $150.00 |
| 160597               TIME<br>8/23/2023<br>WIP<br>Emails to R. Poserina regarding L. Arrowood declaration, rates; email to L. Arrowood regarding rates. | SSOUSA<br>General<br>Zappala/qui tam | 0.20<br>0.00 | $375.00<br>T | $75.00 |
| 160254               TIME<br>8/25/2023<br>WIP<br>Work on attorneys' fee petition and brief and | LARROWOOD<br>General<br>Zappala/qui tam | 1.10<br>0.00 | $750.00<br>T | $825.00 |

| 9/26/2023 | | Arrowood LLP | | | |
| 5:12 PM | | Slip Listing | | | Page 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| numerous emails with team regarding same. | | | | |
| 160584  TIME<br>8/25/2023<br>WIP<br>Email to R. Poserina regarding rates; reviewed and analyzed fee petition and related declarations. | SSOUSA<br>General<br>Zappala/qui tam | 1.30<br>0.00 | $375.00<br>T | $487.50 |
| 160241  TIME<br>8/29/2023<br>WIP<br>Numerous emails with O. Lanna with questions about tax reporting and information needed, emails with Azorsky regarding same, emails with C. Stitt regarding same. | LARROWOOD<br>General<br>Zappala/qui tam | 0.90<br>0.00 | $750.00<br>T | $675.00 |
| 160602  TIME<br>8/29/2023<br>WIP<br>Reviewed courtesy copy to ensure compliance with judge's request. | SSOUSA<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $375.00<br>T | $37.50 |
| 160556  TIME<br>9/11/2023<br>WIP<br>Emails with team regarding timing of Steward response. | LARROWOOD<br>General<br>Zappala/qui tam | 0.20<br>0.00 | $750.00<br>T | $150.00 |
| 160669  TIME<br>9/12/2023<br>WIP<br>Emails with Poserina regarding Steward deadline. | LARROWOOD<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $750.00<br>T | $75.00 |
| 160938  TIME<br>9/20/2023<br>WIP<br>Quick review of Steward response to fee petition. | LARROWOOD<br>General<br>Zappala/qui tam | 0.30<br>0.00 | $750.00<br>T | $225.00 |
| 160968  TIME<br>9/20/2023<br>WIP<br>Emails to L. Arrowood regarding Steward opposition to petition for fees. | SSOUSA<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $375.00<br>T | $37.50 |
| 160963  TIME<br>9/22/2023<br>WIP<br>Review McDermott brief and emails with R. | LARROWOOD<br>General<br>Zappala/qui tam | 0.50<br>0.00 | $750.00<br>T | $375.00 |

| 9/26/2023 | | Arrowood LLP | | | |
| 5:12 PM | | Slip Listing | | | Page 4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Poserina regarding same. | | | | |
| 160969  TIME<br>  9/26/2023<br>  WIP<br>  Reviewed and analyzed draft of Reply to opposition to petition for fees. | SSOUSA<br>General<br>Zappala/qui tam | 0.10<br>0.00 | $375.00<br>T | $37.50 |

Grand Total

|  | Billable | 9.70 | $5,437.50 |
|---|---|---|---|
|  | Unbillable | 0.00 | $0.00 |
|  | Total | 9.70 | $5,437.50 |