UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES and THE COMMONWEALTH OF MASSACHUSETTS, *ex rel.* ZAPPALA, LANNA, AND WOJCIK, <br><br> Plaintiffs, <br><br> vs. <br><br> STEWARD HEALTH CARE SYSTEMS, LLC., <br><br> Defendants. | CASE NO. 18-CV-12125-RGS |

**[AMENDED PROPOSED] ORDER ON
RELATORS' PETITON FOR
ATTORNEYS' FEES, COSTS AND EXPENSES**

Pursuant to The False Claims Act, 31 U.S.C. § 3730(d), and the parties' Settlement Agreement, it is hereby ORDERED that Defendants pay Relators their reasonable attorneys' fees, costs and expenses as follows:

1. Reasonable attorneys' fees prior to July 17, 2023:

    A. For Cohen Milstein Sellers & Toll PLLC:     $830,005.00

    B. For Arrowood LLC:     $398,032.50

2. Reasonable attorneys' costs and expenses:

    A. For Cohen Milstein Sellers & Toll PLLC:     $1,343.75

    B. For Arrowood LLC:     $ 493.59

3. Reasonable attorneys' fees for work from July 17, 2023, to September 27, 2023

    A. For Cohen Milstein Sellers & Toll PLLC:     $127,827.00

    B. For Arrowood LLC:     $ 5,437.50

1

4. Reasonable attorneys' fees and costs for work performed after September 27, 2023:

    A. For Cohen Milstein Sellers & Toll PLLC:      $_____

    B. For Arrowood LLC:      $_____

                               BY THE COURT:

                                 _____
                                 The Hon. Richard G. Stearns, J.

Date: _____